HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ANDRAS FARKAS, Bar #254302
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
YOVANI VALENZUELA LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:15-MJ-00160 LJO-SAB |
| Plaintiff, | STIPULATION TO CONTINUE BRIEFING SCHEDULE ON MOTION TO REVOKE MAGISTRATE JUDGE'S ORDER OF DETENTION; ORDER THEREON |
| vs. | |
| YOVANI VALENZUELA LOPEZ, | DATE: November 23, 2015<br>TIME: 10:00 a.m.<br>JUDGE: Hon. Lawrence J. O'Neill |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney, Laurel J. Montoya, counsel for plaintiff, and Assistant Federal Defender, Andras Farkas, counsel for defendant YOVANI VALENZUELA LOPEZ, that the briefing schedule be continued as follows:

Defendant's Motion to Revoke:	November 13, 2015

Government's Response:	November 20 2015

Court hearing to remain on:	November 23, 2015

/ / /

/ / /

/ / /

/ / /

/ / /

                                  Respectfully submitted,

                                  BENJAMIN B. WAGNER
                                  United States Attorney

Dated:  November 10, 2015        */s/ Laurel J. Montoya*
                                  LAUREL J. MONTOYA
                                  Assistant United States Attorney
                                  Attorney for Plaintiff


                                  HEATHER E. WILLIAMS
                                  Federal Defender


Date: November 10, 2015          */s/ Andras Farkas*
                                  ANDRAS FARKAS
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  YOVANI VALENZUELA LOPEZ


                                    **O R D E R**

**IT IS SO ORDERED**
**Dated: November 12, 2015**

                                    **/s/ Lawrence J. O'Neill**
                                    **United States District Judge**